IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES DOLIN, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 3:12cv045-WHA |
| CITI MORTGAGE, | ) ) | (WO) |
| Defendant. | ) ) | |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #8), entered on March 1, 2012, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

DONE this 19th day of March, 2012.

　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE